IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY J. BRITT, | |
| Petitioner, | 8:21CV474 |
| vs. | |
| SCOTT FRAKES, | ORDER |
| Respondent. | |

    This matter is before me on Petitioner's Motion for Discovery (filing 20) and Motion for Extension of Time (filing 21). In his Motion for Discovery, Petitioner requests that the court "order the Respondent to present all information and records related to the Exhibits D, E, F, G, and H [and] also any original Filing by Officer Engel of the Ashland police department so that Petitioner can argue a complete record before this court in support of Petitioner[']s claims." (Filing 20 at CM/ECF p. 2.) Petitioner also seeks an extension of 60 days after a ruling is made on his Motion for Discovery to submit a "reply." (Filing 21.) Upon consideration,

    IT IS ORDERED that:

    1.    Respondent shall file a reply to Petitioner's Motion for Discovery (filing 20) on or before August 8, 2022. Respondent may attach additional records to their response if they deem appropriate.

    2.    The Clerk of Court is directed to set a pro se case management deadline using the following text: **August 8, 2022**: check for Respondent's reply to filing 20.

    3.    The court will grant Petitioner's Motion for Extension (filing 21) to the extent that Petitioner will have 30 days after the court rules on his Motion for

Discovery to file a brief in response to Respondent's answer and brief. Respondent's answer and brief is currently due on August 1, 2022.[1]

Dated this 25th day of July, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

[1] If Respondent requires additional time to prepare his answer and brief given the court's order to also respond to Petitioner's Motion for Discovery, Respondent may request an extension of time.