IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY J. BRITT,<br><br>    Petitioner,<br><br>vs.<br><br>SCOTT FRAKES,<br><br>    Respondent. | 8:21CV474<br><br>**ORDER** |

  This matter is before the court on Petitioner's Motion for Extension of Time (filing 32) and Respondent's Motion to Substitute Appropriate Respondent (filing 33). Upon careful consideration,

  IT IS ORDERED that:

  1. Petitioner's Motion for Extension of Time (filing 32) is granted. Petitioner shall have until January 31, 2023, to file his brief in response to Respondent's answer and brief.

  2. Respondent's Motion to Substitute Appropriate Respondent (filing 33) is granted. The clerk's office is directed to update the court's records to reflect that Diane Sabatka-Rine is the sole proper respondent in this action.

  3. The clerk's office is directed to set a pro se case management deadline using the following text: **January 31, 2023**: check for Petitioner's brief in response.

Dated this 18th day of October, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge