IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TIMOTHY J. BRITT,

           Petitioner,

vs.

DIANE SABATKA-RINE,

           Respondent.

**8:21CV474**

**ORDER**

This matter is before the Court on Petitioner's Motion for Extension of Time filed on December 29, 2022.  Filing No. 38.  Petitioner's motion is duplicative of the motion for extension he filed on December 8, 2022.  Filing No. 35.  The Court granted Plaintiff's request for an extension in a Text Order entered on December 19, 2023.  Filing No. 37, Text Order.  Accordingly,

IT IS ORDERED that:

1.     Petitioner's Motion for Extension of Time, Filing No. 38, is denied as moot.

2.     Petitioner is advised that he has until **May 1, 2023**, to file his brief in response to Respondent's answer and brief.  No further extensions will be granted absent good cause.

Dated this 3rd day of January, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge