IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TIMOTHY J. BRITT,

          Petitioner,

vs.

ROB JEFFREYS,

          Respondent.

**8:21CV474**

**ORDER**

This matter is before the Court on Petitioner's Motion for Extension of Time dated May 12, 2023, and received in this Court on May 17, 2023. Filing No. 45. Petitioner asks the Court to extend the deadline for filing his brief in response to Respondent's answer from May 1, 2023, to May 8, 2023, and indicates that he mailed his brief on May 8, 2023. The Court received Petitioner's brief on May 11, 2023, and liberally construed the brief as a motion to submit the brief out of time, which motion was granted on May 16, 2023. Filing No. 44. Thus, the Court has already excused the untimely filing of Petitioner's brief and deemed the brief timely filed. Accordingly, the Court will grant Petitioner's Motion for Extension of Time to the extent consistent with the Court's previous order. Respondent now has until June 15, 2023, to file his reply brief.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Extension of Time, Filing No. 45, is granted consistent with the Court's May 16, 2023 Order, Filing No. 44.

2

Dated this 18th day of May, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge